UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWARD M. WEAVER,

                Plaintiff,

- against -

AXIS SURPLUS INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV-13-7374 (SJF)(ARL)

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on October 30, 2014, denying plaintiff's motion for partial summary judgment, granting defendant's cross-motion for summary judgment, and directing the Clerk of the Court to enter judgment accordingly and to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that plaintiff's motion for partial summary judgment is denied; that defendant's cross-motion for summary judgment is granted; and that this case is hereby closed.

Dated: Central Islip, New York
       October 31, 2014

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                        By:    /s/ Catherine Vukovich
                                Deputy Clerk